UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 15-2039-JVS (JEM) | Date | February 10, 2016 |
|---|---|---|---|
| Title | Christina Romero-Gold, et al. v. San Bernardino Child Protective Servs., et al. | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE AND ORDER TO DOCKET PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM**

On December 8, 2015, Christina Romero-Gold ("Plaintiff") filed a complaint for violation of her civil rights pursuant to 42 U.S.C. §§ 1983 and 1985 and for malicious prosecution pursuant to state law. D.R., Plaintiff's minor child, is also listed as a plaintiff.

### Docketing of Petition for Appointment of Guardian Ad Litem

Attached to the complaint is a petition by Plaintiff to be appointed guardian ad litem for D.R. in this case. The Court hereby construes the attachment as a separate petition for appointment of guardian ad litem, which shall be docketed as such.

### Order to Show Cause for Failure to Prosecute

More than two months have passed since Plaintiff filed the complaint. Plaintiff has failed to have a summons issue.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 15-2039-JVS (JEM) | Date | February 10, 2016 |
|---|---|---|---|
| Title | Christina Romero-Gold, et al. v. San Bernardino Child Protective Servs., et al. | | |

Plaintiff shall file a written response to this Order to Show Cause ("OSC") no later than **February 26, 2016**. Plaintiff's failure to respond in writing to the OSC by the deadline will result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with a court order.

The Court will consider submission of a summons as an appropriate response to this OSC, on or before the above-stated deadline. The clerk is ordered to send Plaintiff a blank Summons in a Civil Action.

Plaintiff is reminded that Rule 4(m) of the Federal Rules of Civil Procedure require Plaintiff to serve the summons and complaint within 90 dates after the complaint is filed, or in this case no later than March 7, 2016. Pursuant to Rule 4(m), if Plaintiff fails to serve the summons and complaint by that date, the Court will dismiss the action without prejudice absent a showing of good cause.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause.

IT IS SO ORDERED.


cc:     Parties

|  | : |  |
|---|---|---|
| Initials of Preparer | | sa |