# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CHRISTINA ROMERO-GOLD, et al.,

                    Plaintiffs,

        v.

SAN BERNARDINO CHILD PROTECTIVE SERVICES, et al.,

                    Defendants.

Case No. SACV 15-2039-JVS (JEM)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

       Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

       IT IS ORDERED that Judgment shall be entered dismissing the action without prejudice.

DATED: _____4. /4. /6_____

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE