# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ROMERO-GOLD, et al., | Case No. SACV 15-2039-JVS (JEM) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| SAN BERNARDINO CHILD PROTECTIVE SERVICES, et al., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: 4.14.16

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE